■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD B. DALY, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered January 13, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree (two counts) and sexual abuse in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD K. SHAFFER, JR., Appellant. [847 NYS2d 893]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 4, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Peradotto and Green, JJ.